

# THE THIRTEENTH COURT OF APPEALS

---

### 13-13-00617-CR

---

Kardell LaMont Jones
v.
The State of Texas

---

On Appeal from the
26th District Court of Williamson County, Texas
Trial Cause No. 12-1086-K26

---

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on

appeal, concludes that the judgment of the trial court should be AFFIRMED.  The Court

orders the judgment of the trial court AFFIRMED.

We further order this decision certified below for observance.

June 12, 2014